IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE FIRE INSURANCE COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| ROBERT J. PILKINGTON, et al. | : | No. 02-2903 |

### O R D E R

AND NOW, this _____ day of December, 2002, upon consideration of Plaintiff Nationwide Fire Insurance Company's Motion to Compel Discovery (Docket No. 9), IT IS HEREBY ORDERED that Plaintiff's Motion is **DENIED AS MOOT**.[1]

BY THE COURT:

_____
HERBERT J. HUTTON, J.

---

[1] On November, 13, 2002, Plaintiff filed a Praecipe to Withdraw Motion to Compel (Docket No. 10). Accordingly, the Motion to Compel is denied as moot.