IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL FIRE<br>INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT J. PILKINGTON, et al. | : | No. 02-2903 |

**O R D E R**

AND NOW, this _____ day of February, 2003, upon consideration of Plaintiff's Motion for Summary Judgment (Docket No. 13), IT IS HEREBY ORDERED that Plaintiff's Motion is **DENIED as MOOT.**[1]

BY THE COURT:

_____
HERBERT J. HUTTON, J.

---

[1] On February 25, 2003, the instant action was dismissed with prejudice pursuant to Local Rule 41.1(b). Accordingly, this motion is moot.